## STREET'S OF TULSA et al. v. HOLLY-WOOD–MAXWELL COMPANY.

### No. 3811.

United States Court of Appeals
Tenth Circuit.

Jan. 4, 1949.

Green & Durr, of New York City, Milsten, Milsten, Johnston & Morehead, and Logan Stephenson, all of Tulsa, Okl. and Carle Whitehead, of Denver, Colo., for appellants.

John Flam, of Los Angeles, Cal., and Dudley, Duvall & Dudley, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Motion to remand granted; cause remanded to district court for purpose of permitting appellants to file a motion for new trial on the grounds of newly discovered evidence.

## UNITED STATES of America v. Donald E. HARDING et al.

### No. 3715.

United States Court of Appeals
Tenth Circuit.

Dec. 2, 1948.

Everett M. Brantham, U. S. Atty., of Santa Fe, N. M., for appellant.

Rodey, Dickason & Sloan, of Albuquerque, N. M., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of district court affirmed on authority of United States v. Chicago, Rock Island and Pacific Railway Company, 171 F.2d 377, decided December 1, 1948.

## Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellant, v. Maria Stella NARISI et al.

### No. 13855.

United States Court of Appeals
Eighth Circuit.

Dec. 28, 1948.

Ed Dupree, Gen. Counsel, Office of Housing Expediter, and Benjamin I. Shulman, Sp. Litigation Atty., Office of Housing Expediter, both of Washington, D. C., and Tom R. R. Ely, Atty., Office of Housing Expediter, of St. Louis, Mo., for appellant.

Bland, Kincannon & Bethel, of Fort Smith, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.